# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS WAYNE WILSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>PIERCE, *et al*.,<br><br>                    Defendants. | Case No.  **1:16-cv-00479-SKO (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>**(Doc. 2)** |

   Plaintiff, Dennis Wayne Wilson, appearing *pro se*, filed an application to proceed *in forma pauperis* on March 24, 2016. (Doc. 2).  Plaintiff has made the required showing pursuant to 28 USC § 1915(a).

   Accordingly, it is HEREBY ORDERED that Plaintiff's request to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **April 12, 2016**                                    **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE